# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS RIEDEL,<br><br>                      Plaintiff,<br><br>            v.<br><br>BOSTON HEART DIAGNOSTICS CORPORATION,<br><br>                      Defendant. | Case No. 1:12-cv-01423 (RBW) |

## **JOINT STATUS REPORT PURSUANT TO THE COURT'S OCTOBER 15, 2019 ORDER**

Relator Chris Riedel and Defendant Boston Heart Diagnostics Corporation ("Boston Heart" and jointly, "the Parties") respectfully submit this Joint Status Report as directed by the Court's July 11, 2019 Order staying discovery in the above-captioned litigation (the "Stay Order"), as modified by the Court's October 15, 2019 Order, directing the Parties to "file a joint status report on or before November 1, 2019, regarding how they wish to proceed in this case."

Since the Court entered its initial Stay Order, the Parties and the United States Department of Justice finalized the terms of a settlement agreement, but there has been an unexpected delay in Boston Heart's ability to finalize and obtain signatures and approvals for the release of funds necessary to the settlement. Accordingly, Boston Heart requests an additional three-week extension until November 22, 2019 of the Court's Stay Order to afford Boston Heart time to obtain the signatures and approvals necessary to effectuate the settlement and then file an appropriate stipulation of dismissal with this Court.

Relator opposes Boston Heart's request, and requests that the Court set a scheduling conference for the soonest date possible, and immediately lift the discovery stay entered on July

11, 2019. Despite having reached a settlement in principle over six months ago, Boston Heart has been unable or unwilling to secure the approvals and/or signatures necessary to consummate the settlement agreement, a final version of which has been awaiting signature for several weeks. Accordingly, Relator requests that discovery proceed immediately, to avoid evidence and testimony becoming any further stale in this action, which was originally <u>filed over seven years ago, in August 2012.</u>

Respectfully submitted,

Dated:  Burlingame, California
        November 1, 2019

By:   */s/ Justin T. Berger*
   Eric J. Buescher (D.C. Bar No. 1008476)
   Justin T. Berger (*pro hac vice*)
   Niall P. McCarthy (*pro hac vice*)
   Sarvenaz J. Fahimi (*pro hac vice*)
   COTCHETT, PITRE & McCARTHY, LLP
   840 Malcolm Road
   Burlingame, California 94010
   Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
   ebuescher@cpmlegal.com
   jberger@cpmlegal.com
   nmccarthy@cpmlegal.com
   sfahimi@cpmlegal.com

   *Counsel for Relator Chris Riedel*

Dated:  New York, New York
        November 1, 2019

By:   */s/ Wendy H. Schwartz*
   Wendy H. Schwartz (*pro hac vice*)
   Neil S. Binder (*pro hac vice*)
   M. Tomas Murphy (*pro hac vice*)
   Gregory C. Pruden (*pro hac vice*)
   BINDER & SCHWARTZ LLP
   366 Madison Avenue, 6th Floor
   New York, New York 10017
   Telephone: (212) 510-7143
   Facsimile: (212) 510-7299
   wschwartz@binderschwartz.com
   nbinder@binderschwartz.com
   tmurphy@binderschwartz.com
   gpruden@binderschwartz.com

   Hope S. Foster (D.C. Bar No. 182998)
   Karen S. Lovitch (D.C. Bar No. 452966)
   MINTZ LEVIN COHN FERRIS GLOVSKY
      AND POPEO, P.C.
   701 Pennsylvania Ave. N.W., Suite 900
   Washington, DC 20004
   Telephone: (202) 434-7300
   Facsimile: (202) 434-7400
   HSFoster@mintz.com
   KSLovitch@mintz.com

   *Counsel for Boston Heart Diagnostics Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I caused a true and correct copy of the foregoing document to be served on all parties via the Court's ECF system.

                                          */s/ Wendy H. Schwartz*
                                            Wendy H. Schwartz