# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRIS RIEDEL, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON HEART DIAGNOSTICS CORP., <br><br> Defendant. | Case No. 1:12-cv-01423 (RBW) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33, and in accordance with the terms and conditions of the November 13, 2019, Settlement Agreement among the United States, Defendant Boston Heart Diagnostics Corporation, and Relator Chris Riedel (the "Settlement Agreement"), the United States and Relator, through undersigned counsel, file this Joint Stipulation of Dismissal, in accordance with the terms set forth below.

The United States, Relator, and Defendant have entered into a settlement agreement which compromises certain of the claims and causes of action set forth in Relator's *qui tam* Complaint. Moreover, the United States and Relator have settled any and all claims that Relator may have against the United States for a share of the recovery from Defendant under the Settlement Agreement. Also, the Relator has settled any and all claims and causes of action that it may have against Defendant under 31 U.S.C. § 3730(d)(1) for expenses, attorney fees and costs related to Relator's *qui tam* Complaint. Relator therefore stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under

all circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

Accordingly, consistent with the terms of the Settlement Agreement, Rule 41(a), and 31 U.S.C. § 3730(b)(1), the United States, Defendant, and Relator hereby stipulate to dismissal of the *qui tam* Complaint.  The dismissal shall be with prejudice as to Relator.  With respect to the United States, the dismissal shall be with prejudice as to the Covered Conduct specified in paragraph D(a)–(b) of the Settlement Agreement, and otherwise without prejudice to the United States.

A stipulated dismissal under Rule 41(a)(1)(A)(ii) is appropriate because all parties who have appeared have signed the stipulation.

\* \* \* \* \*

November 20, 2019                                    Respectfully submitted,

FOR THE RELATOR:                                     FOR THE UNITED STATES:

/s/ *Justin T. Berger*                               JOSEPH H. HUNT
Eric J. Buescher (D.C. Bar No. 1008476)              Assistant Attorney General
Justin T. Berger (*pro hac vice*)
Niall P. McCarthy (*pro hac vice*)                   JESSIE K. LIU, D.C. Bar # 472845
Sarvenaz J. Fahimi (*pro hac vice*)                  United States Attorney for the District of
COTCHETT, PITRE & McCARTHY, LLP                      Columbia
840 Malcolm Road
Burlingame, California 94010                         DANIEL F. VAN HORN, D.C. BAR # 924092
Telephone: (650) 697-6000                            Civil Chief
Facsimile: (650) 697-0577
ebuescher@cpmlegal.com                                /s/ *Paul A. Mussenden*
jberger@cpmlegal.com                                 PAUL A. MUSSENDEN
nmccarthy@cpmlegal.com                               Assistant United States Attorney
sfahimi@cpmlegal.com                                 555 Fourth Street, NW, Civil Division
                                                     Washington, D.C. 20530
                                                     Telephone: (202) 252-7874

FOR THE DEFENDANT:                                   ANDY J. MAO
                                                     SARA MCLEAN
/s/ *Wendy H. Schwartz*                              CHRISTOPHER TERRANOVA
Wendy H. Schwartz (*pro hac vice*)                   Attorneys
Neil S. Binder (*pro hac vice*)                      Commercial Litigation Branch, Civil Division
M. Tomas Murphy (*pro hac vice*)                     U.S. Department of Justice
Gregory C. Pruden (*pro hac vice*)                   Post Office Box 261
BINDER & SCHWARTZ LLP                                Washington, D.C. 20044
366 Madison Avenue, 6th Floor                        Telephone: (202) 616-4203
New York, New York 10017
Telephone: (212) 510-7143
Facsimile: (212) 510-7299
wschwartz@binderschwartz.com
nbinder@binderschwartz.com
tmurphy@binderschwartz.com
gpruden@binderschwartz.com

2

## CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this 20th day of November 2019, I caused the foregoing **Joint Stipulation of Dismissal,** to be filed using the Court's EC/EMF system, thereby providing notice to all counsel of record.

_____/s/_____
PAUL A. MUSSENDEN
Assistant United States Attorney